**FILED**
8/16/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUL 12 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RAQVON E. PARKER

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

OFFICER BURG, OFFICER ZYDEK, JUDGE DIANE CANNON

1:17-cv-5177
Judge Robert M. Dow, Jr
Magistrate Judge Susan E. Cox
PC9

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Correspondent, United States District Court, 219 S. Dearborn Street, Chicago IL 60604. Complaints concerning claims arising at the Dixon Correctional Center should be sent to the Clerk, United States District Court, 327 S. Court Street, Rockford, IL 61101. Always keep the court informed of your address; failure to do so may result in dismissal of your case.

Revised: 03/19/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: UNKNOWN AT THE PRESENT TIME

   B. Approximate date of filing lawsuit: UNKNOWN AT THE PRESENT TIME

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

   D. List all defendants: OFFICER CASTILLO, UNKNOWN OFFICERS AND COOK COUNTY JAIL.

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): COOK COUNTY

   F. Name of judge to whom case was assigned: UNKNOWN AT THE PRESENT TIME

   G. Basic claim made: EXCESSIVE FORCE

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): IT IS STILL PENDING

   I. Approximate date of disposition: 6-24-2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON OCTOBER 3RD 2015 I WAS LIVING AT 7059 S ABERDEEN IN CHICAGO, ILLINOIS WHEN AN I.D.O.C COMPLIANCE CHECK WAS CONDUCTED (RANDOM SEARCH OF MY LIVING AREA) DURING THIS COMPLIANCE CHECK, HOMICIDE DETECTIVES ATTEMPTED TO QUESTION ME ABOUT SOME RECENT CRIMES THAT HAD HAPPENED IN THE "BACK OF THE YARDS" NEIGHBORHOOD. "ISN'T THAT NEAR WHERE YOU KILLED ANDRE STEPHENS?" ONE OF THE DETECTIVES RUDELY STATED IN FRONT OF MY MOTHER, SISTER, HER BOYFRIEND, MY NIECES AND NEPHEWS AND OTHER OFFICERS STANDING INSIDE OUR KITCHEN. THIS UNPROFESSIONAL QUESTION WAS IN REFERENCE TO THE 2008 MURDER I WAS WRONGFULLY CHARGED AND LATER ACQUITTED OF ON JANUARY 18, 2013. I DIDN'T RESPOND TO THE UNDISGUISED HARRASSMENT. THE I.D.O.C COMPLIANCE CHECK WAS CONCLUDED WITH "NO" CONTRABAND BEING FOUND. ALL OFFICER (HOMICIDE DETECTIVES INCLUDED) DEPARTED WITHOUT FARTHER INCIDENT. THIS ALL OCCURED APPROXIMATELY 10-3-15 BETWEEN 6:30 AND 7:00 AM. I LEFT MY SISTERS HOME NOT LONG AFTER WITH MY BABY BROTHER HIS CHILDRENS MOTHER AND MY NEPHEW-IN-LAW TO GO BIRTHDAY SHOPPING 51ST SUPRISE BIRTHDAY PARTY, THE FIRST BIRTHDAY I WOULD CELEBRATE WITH MY MOTHER AND FAMILY AFTER BEING INCARCERATED FOR THE PAST SIX YEARS FROM AGE 17 TO 25, FOR A MURDER I DID NOT COMMITT. WHILE WE WERE

4                                                                              Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

OUT SHOPPING I RECEIVED A URGENT CALL FROM MY MOTHER TELLING ME THEIR WAS SOME PEOPLE FROM THE PAROLE OFFICE THERE TO SEE ME. I CAME HOME IMMEDIATELY, WHERE THEIR WERE PLAIN CLOTHES TO DETECTIVES INSTEAD OF AGENTS FROM MY AGENTS OFFICE. THEIR ATTEMPTED TO QUESTION ME IN MY DOOR WAY ABOUT SOME RECENT CRIMES IN THE AREA I USED TO HANG AROUND. I IMMEDIATELY INFORMED THEM THAT I HAD NOTHING TO SAY. THE DETECTIVES THEN RUDELY STEPPED IN MY SISTERS HOME PUT THEIR HANDS ON MY SHOULDERS AND STATED "YOU PROBABLY KILLED THESE PEOPLE, SAME WAY YOU KILLED ANDRE STEPHENS. LETS TALK ABOUT IT AT THE STATION." (THIS OFFICER I WILL LATER IDENTIFY AS OFFICER ZYDEK) I WAS HANDCUFFED AND FORCED OUT OF MY HOME AND TO THEIR CAR EMBARRASSINGLY IN FRONT OF MY FAMILY AND SISTER NEIGHBORS. I YELLED OUT TO MY MOTHER CONTINUOUSLY THAT I DIDNT WANT TO LEAVE WITH DETECTIVE. ② 4TH AMENDMENT VIOLATION ③ WRONGFUL ARREST (I WAS NOT READ MY RIGHTS NOR WAS A WARRANT ISSUED NOR PRESENTED) WHEN WE ARRIVED AT THE STATION I WAS KEPT THERE FOR OVER 16 HOURS BEFORE HOMICIDE DETECTIVES ATTEMPTED TO SPEAK WITH ME AGAIN. "HEY RAEVON. LOOK, WE DONT KNOW IF YOU HAVE KIDS, BUT WE KNOW YOU WANT TO GO HOME TODAY. TELL US WHAT HAPPEN ON 53RD AND ABERDEEN AND THE GUN DISAPPEARS." I REPLIED WITH, "I JUST GOT OUT THE JOINT (PRISON) I DONT KNOW NOTHING ABOUT NO MURDERS OR GUN." TO WHICH THE DETECTIVES LAUGHED AND STATED, "COME ON KILLER, I KNOW "DRILLER'S" COMMUNICATE. HELP US HELP YOU." I STARTED CRYING BECAUSE I KNEW WHERE THE SITUATION WAS GOING. I CRIED AND ASKED "CAUSE I DONT GOT NO INFORMATION FOR YALL, YALL

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____
_____
_____
_____

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____
_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THAT I BE COMPENSTATED FOR THE MISSED OUT FUNDS I WAS IN THE PROCESS OF MAKING FROM THE BOOK I WAS IN THE PROCESS OF PUBLISHING AND THE CLOTHING LINE I DESIGNED. IM ALSO ASKING FOR BETWEEN ONE AND TEN THOUSAND DOLLARS PER DAY I HAD TO SPEND LOCKED INSIDE A CELL. WHATEVER A JURY SEE'S FIT TO AWARD ME AFTER THAT IS APPRECIATED.

## VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __26__ day of __June__, 20__17__

_Raymond Parker_
(Signature of plaintiff or plaintiffs)

RAQUON PARKER
(Print name)

2017606107
(I.D. Number)

2600 S. CALIFORNIA, CHICAGO,
ILLINOIS, 60608
(Address)

Revised 9/2007

## PROFILE INFORMATION FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: RAQUON EUGENE PARKER
   (First) (Middle) (Last)

   List Alias Names, if any: _____

2. Any Current/Prior Prison ID Number(s): M08227

   Name of Prison(s): STATEVILLE CORRECTIONAL CENTER

3. Jail ID Number(s): 20170606107

   Name of Jail(s): COOK COUNTY JAIL

4. Date of Birth: 6-11-91

5. Home Address (Do not use P.O. Box) (Not Institution address):

   Street Name and Number: 1624 W 82ND STREET

   City, State and Zip Code: CHICAGO, ILLINOIS, 60620

Reviewed 1/16/14

GONE PUT A GUN ON ME?," THE DETECTIVE STOOD AND STATED," OK, IM NOT DOING THIS, THATS YOUR GUN." AND LEFT. MY ATTORNEY CAME IN SOON AFTER AND I WAS WRONGLY CHARGED WITH UUW ③ WRONGFUL ARREST BY FELON AND UUW/ARMED HABITCHUAL CRIMINAL AND A WARRANT FROM I.D.O.C THAT WAS ISSUED AFTER I WAS WRONGFULLY ARRESTED SEEING AS HOW THE DETECTIVES CALLED MY PAROLE OFFICER "AFTER" I WAS IN CUSTODY TO INSURE I WOULDNT POST BAIL. I WAS WRONGFULLY ARRESTED, CHARGED AND INCARCERATED THE DAY BEFORE MY MOTHER'S 51ST BIRTHDAY. THE PAIN ④ AND SUFFERING AND MENTAL ANGUISE THIS PUT ME THROUGH AFTER BEING AWAY FROM MY MOTHER SINCE I WAS 17 YEARS OLD IS SELF EXPLAINATORY. I REMAINED INCARCERATED FOR THE NEXT FIFTEEN MONTHS FOR THESE BOGUS CHARGES. I WAS ATTACKED DURING THESE FIFTHTEEN MONTHS. THROUGH THE CHICAGO POLICE DEPARTMENT EVENT QUERY DISPATCH TRANSCRIPTS IT WAS UNCOVERED AT TRIAL THAT C.P.D WAS CHASING SOMEONE WHO DIDNT FIT MY DISCRIPTION AND THAT OFFICERS BURG AND ZYDEK WERE LYING ABOUT SEEING ME ⑤ 8TH AMENDMENT VIOLATION WITH A GUN. I WAS HARRASSED AND CRUELLY AND UNUSUALLY PUNISHED FOR A CRIME (THE MURDER OF ANDRE STEPHENS) I HAD ALREADY STOOD TRIAL FOR AND WAS ACQUITTED BY A JUDGE IN A BENCH TRIAL. GOD WILLINGLY I HAD AN ATTORNEY AND THE CHICAGO POLICE DEPARTMENT EVENT QUERY DISPATCH TRANSCRIPTS TO CATCH THE POLICE IN THEIR LIES AND PROVE MY INNOCENCE. MY DAUGHTER WAS BORN WHILE I WAS WRONGFULLY INCARCERATED AND THIS CAUSED MENTAL ANGUISH AND PAIN AND SUFFERING. MY MOTHER ALMOST LOST HER LIFE WHILE I WAS INCARCERATED IN SURGERY. THE MENTAL ANGUISH AND PAIN AND SUFFERING I ENDURE IS INSURMOUNTABLE. I AM SUEING OFFICER BURG AND ZYDEK IN THE PERSONAL AND PROFESSIONAL CAPACITY BECAUSE THE FIFTEEN MONTHS I WAS WRONGLY INCARCERATED, ME NOR MY FAMILY WILL NEVER GET BACK. MY 4TH, 5TH, 8TH AND 14TH AMENDMENTS HAVE UNCONSTITUTIONALLY BEEN VIOLATED THROUGH OUT THIS WHOLE LIFE ALTERING ORDEAL. JUDGE DIANE CANNON VIOLATED MY 14TH AMENDMENT WHEN SHE MADE THE STATEMENT "I WILL NOT HAVE YOU OUT ON BOND WHILE FACING 30 YEARS IN MY COURTROOM WHILE ON PAROLE." SHE DENIED ME THE RIGHT TO POST BAIL OFF HOW SHE FELT AND NOT BASED ON THE LAW. THIS IS ALSO A VIOLATION OF MY 8TH AMENDMENT. I FILE A COMPLAINT AGAINST JUDGE CANNON WITH THE JUDICIAL INQUIRY BOARD. MY ADMINISTRATIVE REMEDIES HAVE BEEN EXAULSTED